IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAVIER SILVA,

    Plaintiff

v.                                                                           No. 21-cv-1117 GJF/SMV

AGAVE TRANSPORTATION SERVICES, INC.,

    Defendant.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**Date and time:**       January 25, 2022, at 1:30 p.m. MST

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **January 25, 2022, at 1:30 p.m. MST**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                                            _____

                                                                            **STEPHAN M. VIDMAR**
                                                                            **United States Magistrate Judge**