IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAVIER SILVA,

    Plaintiff

v.       No. 21-cv-1117 GJF/SMV

AGAVE TRANSPORTATION SERVICES, INC.,

    Defendant.

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)    Plaintiff must file a motion to conditionally certify a collective action no later than **April 25, 2022**;

(2)    Defendants must respond within 14 days of service of the motion to conditionally certify, *see* D.N.M.LR-Civ. 7.4(a); and

(3)    Plaintiff may reply within 14 days of service of the response. *See* D.N.M.LR-Civ. 7.4(a).

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**