IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JAVIER SILVA, *on behalf of himself and all others similarly situated*, | § § § |
| Plaintiff, | § § |
| v. | §  CASE NO. 2:21-cv-01117-GJF-JHR |
| | § |
| AGAVE TRANSPORTATION SERVICES, INC., | § § § |
| Defendant. | § § |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Javier Silva, and Defendant Agave Transportation Services, INC. (collectively, the "Parties"), by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby present to this honorable Court that they stipulate to the dismissal of this action with prejudice. Accordingly, Plaintiff hereby dismisses this action with prejudice, with each party to bear its own costs of court and attorneys' fees.

Dated: February 12, 2024            Respectfully submitted,

By:   /s/Ricardo J. Prieto
      Ricardo J. Prieto
      rprieto@wageandhourfirm.com
      Melinda Arbuckle
      marbuckle@wageandhourfirm.com
      **WAGE AND HOUR FIRM**
      5050 Quorum Drive, Suite 700
      Dallas, Texas 75254
      (214) 489-7653 – telephone
      (469) 319-0317 – facsimile

      ATTORNEYS FOR PLAINTIFF AND
      COLLECTIVE ACTION MEMBERS

By:    */s/Steven J. Blanco* (with permission)
Steven J. Blanco
State Bar No. 9191
sblanco@bomwlaw.com
Robert M. Estrada
State Bar No. 144609
restrada@bomwlaw.com
**BLANCO ORDONEZ MATA & WECHSLER, P.C.**
5715 Cromo Drive
El Paso, Texas 79912
(915) 845-5800 – Telephone
(915) 845-5555 – Facsimile

ATTORNEYS FOR DEFENDANT AGAVE TRANSPORTATION SERVICES, INC.

## CERTIFICATE OF SERVICE

I certify that on February 12, 2024, I filed the foregoing document with the clerk of court using the CM/ECF method, and all counsel of record were served electronically thereby.

*/s/Ricardo J. Prieto*
Ricardo J. Prieto